IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 15-cv-01612-CMA

UNITED STATES OF AMERICA,

 Plaintiff,

v.

2640 EAST 43rd AVENUE, DENVER, COLORADO,

 Defendant.

---

**ORDER GRANTING UNOPPOSED MOTION TO STAY ALL PROCEEDINGS AS TO CLAIMANT DAVID J. FURTADO**

---

 This matter is before the Court on the Unopposed Motion to Stay All Proceedings as to Claimant David J. Furtado (Doc. #16).  Based upon the Court's review of the Motion and the case file, it is

 ORDERED that the Motion (Doc. #16) is GRANTED.  It is

 FURTHER ORDERED that all proceedings with regard to the above-captioned case will be stayed in their entirety until the outcome of the pending federal case is concluded.

 DATED: February 5, 2016

         BY THE COURT:

         _____
         CHRISTINE M. ARGUELLO
         United States District Judge